**BCE, INC., Appellant**

v.

**David J. SHULKIN, Secretary of Veterans Affairs, Appellee**

2017-1171

United States Court of Appeals, Federal Circuit.

January 16, 2018

BRADLEY W. ANDERSEN, Landerholm, PS, Vancouver, WA, argued for appellant.

JEFFREY LOWRY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN R. REED, District Contracting National Practice Group, United States Department of Veterans Affairs, Farmland, IN.

(Prost, Chief Judge, Moore and Reyna, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**IN RE: Herman YIK WAI TSUI, Appellant**

2017-1204

United States Court of Appeals, Federal Circuit.

January 16, 2018

GEORGE G. WANG, Bei & Ocean, Millington, NJ, argued for appellant.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MOLLY R. SILFEN.

(Prost, Chief Judge, Schall and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**